IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WEBSTER &
RACARDO JACKSON,

      Plaintiffs,                No. CIV S-07-2282 MCE KJM P

   vs.

GARY R. STANTON, et al.,

      Defendants.           ORDER

/

      Plaintiffs filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On February 4, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

      Although it appears from the file that plaintiff Webster's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed February 4, 2008, are adopted in full; and
5      2. This action is dismissed as frivolous.

Dated: April 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE